JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS SANCHEZ, | ) | Case No. SACV 05-820-MMM (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD KIRKLAND, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 26, 2010

HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge